DAISY LEVERICH, as Administratrix with the Will Annexed of SARAH A. COX, Deceased, Plaintiff, *v.* RACHEL GORIN et al., Defendants, and THE BOROUGH BANK OF BROOKLYN, Respondent.

　　　THE CITY REAL ESTATE COMPANY, Appellant.

*Leverich* v. *Gorin*, 136 App. Div. 892, appeal dismissed.
(Argued February 7, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1909, which affirmed an order of the Kings County Court granting a motion for a re-sale of real property theretofore sold under a judgment in foreclosure.

*Charles M. Davenport* and *Harry E. Lewis* for appellant.

*James G. Purdy, Edward M. Grout* and *Paul Grout* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.